# ELECTRONIC RECORD

COA #   04-13-00796-CR          OFFENSE:   AGGRAVATED ASSAULT

STYLE:  BRAD ANTHONY SMITH V. THE STATE OF TEXAS          COUNTY:   BEXAR

COA DISPOSITION:  AFFIRMED          TRIAL COURT:  226TH DISTRICT COURT

DATE: 09/24/14          Publish: NO   TC CASE #:   2009CR10882

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD

STYLE:  BRAD ANTHONY SMITH V. THE STATE OF TEXAS          CCA #:   1458-14

APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 02/04/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____